LOUISVILLE & N. R. CO. v. PHILLIPS.* (Circuit Court of Appeals, Fifth Circuit. November 10, 1908.) No. 1,793. In Error to the Circuit

---

*Rehearing denied January 12, 1909.

Court of the United States for the Northern District of Alabama. Before PARDEE and SHELBY, Circuit Judges, and BURNS, District Judge.

PER CURIAM. A majority of the Judges are of opinion that the record in this case shows no reversible error and the judgment of the Circuit Court should be affirmed. It is so ordered. See, also, 153 Fed. 795.